## STATE v. BROWN

No. 30A81-4

Case below: Moore County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Moore County, denied 7 October 1999. Petition by Attorney General for writ of certiorari to review the order of the Superior Court, Moore County, dismissed as moot 7 October 1999. Motion by Attorney General to vacate stay of execution allowed 7 October 1999.

## STATE v. BUCKNER

No. 377P99

Case below: 134 N.C.App. 186

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

## STATE v. CAMPBELL

No. 352P99

Case below: 133 N.C.App. 531

Petition by defendant (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

## STATE v. COASTLAND CORP.

No. 409P99

Case below: 134 N.C.App. 269

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999.

## STATE v. COBLE

No. 446PA99

Case below: 134 N.C.App. 607

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 November 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1999.